**LAW OFFICE OF MARK C. THOMAS, APC**
Mark C. Thomas, California Bar No. 215580
555 Montgomery Street, Suite 605
San Francisco, California 94111
Telephone: (415) 986-1338
E-Mail: mark@mctlawoffice.com

**PETTIS LAW FIRM LLP**
James C. Pettis, California Bar No. 223953
1604 Aviation Blvd
Redondo Beach, California 90278
Telephone: (213) 545-6448
Facsimile: (213) 816-1966
E-Mail: jimpettis@pettislawfirm.com

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN B. LATHAM, an individual; on behalf of herself and all other similarly situated current and former employees,<br><br>Plaintiff,<br><br>vs.<br><br>LEE HECHT HARRISON, LLC, and DOES 1 through 100, Inclusive,<br><br>Defendant. | Case No.: 8:20-cv-01769<br><br>**DECLARATION OF EMILIO COFINCO REGARDING CLASS NOTIFICATION AND CLAIMS ADMINISTRATION** |

## DECLARATION OF EMILIO COFINCO

I, Emilio Cofinco, hereby declare:

  1.  I am employed as a case manager by CPT Group, Inc. ("CPT"), the Court-approved class action settlement administrator, for the *Latham v. Lee Hecht Harrison, LLC* settlement.  As the case manager for this settlement, I have personal knowledge of the information provided herein, and if called as a witness, I could and would accurately testify thereto.

  2.  CPT has extensive experience in providing notice of class actions and administering class action settlements. For over 30 years, CPT has provided notification and/or claims administration services in thousands of class action cases. Pursuant to the Settlement Agreement for this matter, CPT was responsible for (i) printing and mailing to Settlement Class Members the *Notice of Class Action and Proposed Settlement*, *Claim Form*,  and *Exclusion from Class Action Settlement Form* (hereinafter together referred to as the "Notice Packet"); (ii) calculating Settlement Class Members' individual settlement awards; (iii) performing National Change of Address ("NCOA") searches; (iv) performing skip traces using Accurint to obtain updated and forwarding addresses; (v) receiving and logging undeliverable Notice Packets; (vi) receiving and processing completed opt-out requests; (vii) resolving Settlement Class Members' disputes regarding workweeks during the Settlement Period; (viii) providing Class Counsel and counsel for Defendants with updates on the status of opt-outs and objections; (ix) handling inquiries from Settlement Class Members; (x) completing all necessary tax payments and reporting; (xi) establishing a case website, and (xii) performing such other tasks as the Parties mutually agree or as the Court orders.

  3.  CPT received the Court-approved text for the Notice Packet from Class Counsel on April 1, 2022.

  4.  CPT finalized a 4-page *Notice of Class Action and Proposed Settlement,* a 2-page *Claim Form,* and a 1-page *Exclusion from Class Action Settlement Form*. CPT received written approval from all parties and a sufficient number were printed to mail to all Settlement Class Members. Attached hereto as Exhibit "A" is a true and correct copy of the Notice Packet.

  5.  On April 14, 2022, counsel for Defendants provided CPT with a list of Settlement Class Members ("Class List"). The Class List included (a) each Settlement Class Member's name, (b) last-known mailing address, (c) Social Security Number, (d) Associate ID Number, (e) job title, (f) work and personal

email, (g) job location description, (h) position status, (i) and employment dates. The Class List contained 396 Settlement Class Members.

6.      On April 14, 2022, CPT conducted a National Change of Address (NCOA) search in an attempt to update the Settlement Class Members' addresses as accurately as possible. A search of this database provides updated addresses for any individual who has moved in the previous four years and has notified the U.S. Postal Service of his or her change of address.  As a result of the NCOA search, CPT was able to locate 47 new addresses.

7.      The Notice Packets were enclosed in envelopes with the individual Settlement Class Member's name and last-known address visible through the envelope window. On May 2, 2022, the Notice Packets were mailed via U.S. first class mail to all 396 Settlement Class Members. The deadline for Settlement Class Members to submit a dispute, request for exclusion, or objection to the settlement is July 1, 2022.  CPT will submit a supplemental declaration once the response deadline has passed.

8.      CPT also setup a case website with the URL www.cptgroupcaseinfo.com/leehectharrisonsettlement.

9.      As of the date of this declaration, 18 Notice Packets have been returned to our office by the Post Office, for which one (1) new address was provided by the Post Office and re-mailed. For the remaining 17 Notice Packets, CPT performed a skip-trace to locate a better address using Accurint, one of the most comprehensive address databases available. Accurint utilizes hundreds of different databases supplied by credit reporting agencies, public records and a variety of other national databases.

10.      As a result of either a skip trace, request from counsel or the Settlement Class Member, a total of 17 Notice Packets have been re-mailed to date. Additionally, four (4) Notice Packets had a forwarding address, which were re-mailed by the Post Office.  Ultimately, there are five (5) Notice Packets undeliverable with no forwarding address, where no new addresses could be found through skip trace.

11.      As of the date of this declaration, CPT has not received any objections to the settlement.

12.      As of the date of this declaration, CPT has received two (2) disputes.

13.      As of the date of this declaration, CPT has received one (1) request for exclusion from the settlement from Madelaine Welp.

//

14.     As of this date, there are 395 Participating Class Members who will be paid their portion of the Net Settlement Amount, estimated to be $1,981,500.00 and which assumes maximum awards pursuant to the settlement.  The Net Settlement Amount available to pay Participating Class Members was determined as follows:

| | |
|---|---|
| Gross Settlement Fund: | $3,000,000.00 |
| Less Attorneys' Fees | -$900,000.00 |
| Less Actual Litigation Costs | -$50,000.00 |
| Less Plaintiff's Service Award | -$20,000.00 |
| Less PAGA Penalties to LWDA | -$37,500.00 |
| Less Settlement Administration Costs | -$11,000.00 |
| Net Settlement Amount | $1,981,500.00 |

15.     Therefore, CPT will report a total of 395 participating Settlement Class Members will be sent an individual settlement payment, which represents 99.75% participation rate.  The highest individual settlement payment is approximately $11,468.80 and the average individual settlement payment is approximately $5,016.46.

16.     CPT's charge for services rendered to perform its duties and responsibilities pursuant to the terms of the settlement is $11,000.00. This includes all costs incurred to date, as well as estimated costs for completing the administration and disbursement of the settlement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 21, 2022 at Irvine, California.



_____
Emilio Cofinco

# EXHIBIT "A"

CPT ID: «ID»

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN B. LATHAM, an individual, on behalf of herself and all other similarly situated current and former employees,<br><br>    Plaintiff,<br><br>        v.<br><br>LEE HECHT HARRISON LLC and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 8:20-cv-01769-DOC-JDE<br><br>**NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT ("NOTICE")** |

**ATTN: «EmployeeName»**

TO ALL PERSONS WHO are or were employed in California by Lee Hecht Harrison LLC ("LHH") in California in a non-exempt (hourly) position at any time from April 6, 2016, to March 31, 2022.

<div align="center">

**IMPORTANT - PLEASE READ THIS NOTICE CAREFULLY.
YOUR LEGAL RIGHTS ARE AFFECTED.
YOU ARE BEING SENT THIS NOTICE BECAUSE YOU MAY BE ENTITLED TO
RECEIVE MONEY FROM THE SETTLEMENT OF A CLASS ACTION LAWSUIT.**

</div>

## I. WHAT IS THE CLASS ACTION LAWSUIT ABOUT?

A former employee of LHH sued LHH for herself and for other current and former employees. The lawsuit claimed that LHH:

- did not pay non-exempt (hourly) employees for all hours worked
- did not provide employees with their paychecks in the timely manner required by Labor Code section 204
- did not provide legally compliant meal periods or rest breaks
- did not reimburse employees for business expenses
- did not provide accurate paystubs; and
- engaged in unfair business practices.

The employee and LHH have now negotiated a settlement in order to avoid the expense of continued litigation. LHH has agreed to pay $3,000,000.00 to resolve all of the claims raised in the lawsuit. The Settlement is not an admission by LHH of *any* liability but rather is a compromise to avoid the expense of continued litigation.

<div align="center">

**The Court has ordered that we send this notice to you.**

</div>

## II. WHO IS INCLUDED IN THIS CLASS ACTION?

All individuals employed in California by LHH in a non-exempt (hourly) position at any time from April 16, 2016, to March 31, 2022.

## III. WHAT DOES THE PROPOSED SETTLEMENT OFFER?

A. LHH will pay Three Million Dollars ($3,000,000) as a settlement. An administrator has been appointed to administer the settlement. That administrator will pay, from the Three Million Dollars:

    1. Expenses of administering the claims and litigation costs.
    2. Attorneys' fees of up to $900,000.00.
    3. A special payment to the employee plaintiff of up to $20,000.00.

B. From the money left over, you will be paid an amount for each week you worked for LHH in a non-exempt (hourly) position between April 6, 2016, and March 31, 2022. The estimated money you will receive is **«estAmount»** for each pay period you worked for LHH, less required payroll deductions.

**If you do not exclude yourself from the settlement, you waive all claims you may have against LHH which relate to any of the claims in the lawsuit.**

## IV. WHAT ARE MY OPTIONS?

A. **You may exclude yourself from the settlement**, in which case you will not be bound by the settlement, and will not receive any payment.

B. **You may accept the settlement but contest the number of your workweeks specified** in the attached Claim Form. If you do not agree with the number of workweeks LHH contends you worked in California for LHH as an hourly employee, you should fill out the attached Form. You should write down all dates that you worked in California for LHH in an hourly position. You should send any documents that you have (such as pay stubs) to the Claims Administrator. The Claims Administrator will read the documents both you and LHH provide and make the final determination of the amount of your settlement award, subject to the Court's final approval.

C. **You may do nothing**, in which case you will be bound by the settlement and will receive the award, based on the number of your workweeks we believe is correct, as stated in the Workweek and Personal Information Form.

Regardless of which option you choose, LHH will not retaliate against you for exercising your rights under this Settlement Agreement or the law.

## V. HOW DO I REQUEST EXCLUSION FROM THE SETTLEMENT?

If you choose to be excluded, you must send, by **July 1, 2022**, a written request to LHH Settlement Administrator, c/o CPT Group Inc, 50 Corporate Park, Irvine, CA 92606. A Request for Exclusion Form is enclosed with this notice. If you choose to be excluded, you will not be bound by the Settlement and you will not receive any portion of the $3,000,000 settlement.

## VI. WHAT ARE THE PROCEDURES FOR PAYMENT?

A.  The Claims Administrator will calculate the pro-rata share to be given to you.

B.  The payments will be made by check.

C.  Twenty percent (20%) of each award will be considered wages from which ordinary tax withholdings will be deducted, and the remaining eighty percent (80%) will not have any deductions made for payroll-related taxes. You will be given IRS tax forms for both amounts. You are responsible for paying the correct amount of taxes on both portions of your award.

## VII. HEARING ON PROPOSED SETTLEMENT

A fairness hearing will be held by the Court at **8:00 a.m.** on **July 11, 2022**, in Courtroom 9D in the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, CA 92701-4516, to decide whether the proposed settlement is fair, reasonable and adequate. At that time, United States District Court Judge David Carter will make a final decision regarding the settlement, as well as certification of the class, and will also decide whether an order of final approval of the settlement should be entered.

## VIII. PROCEDURES FOR OBJECTING TO SETTLEMENT

A.  You may object to the proposed settlement as unfair, unreasonable, or inadequate. You may not object to the proposed settlement unless, on or before **July 1, 2022**, you mail written objections and copies of any papers in support of your position. You must also verify that you are a member of the Settlement Class.  The Objections must be filed with the Central District of California with copies to: Law Office of Mark C. Thomas, APC, 555 Montgomery Street, Suite 605, San Francisco, California 94111, Attention: Mark C. Thomas; and DLA Piper Attention: Steve Hernandez.

B.  **If you do not object in the way we have described above, you will have given up your right to object to the settlement forever.**

## IX. EXAMINATION OF COURT PAPERS AND INQUIRIES

This description is a summary of the Settlement. For more detailed information you may request a copy of the complete settlement agreement, or any papers filed in the lawsuit, by requesting them from the Attorneys for the Employees, whose names and addresses are at the bottom of this notice.

PLEASE DO NOT CALL THE COURT OR THE ATTORNEYS FOR LHH REGARDING THIS CLASS ACTION.

**ATTORNEYS FOR THE EMPLOYEES IN THE CLASS ACTIONS AGAINST LHH**

**LAW OFFICE OF MARK C. THOMAS, APC**
Mark C. Thomas
555 Montgomery St., Suite 605
San Francisco, CA 94111
Tel: 415.986.1338
E-mail: Mark@mctlawoffice.com

**THE ATTORNEYS REPRESENTING LHH ARE:**

**DLA PIPER LLP (US)**
Steve L. Hernandez
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310.595.3000
E-mail: steve.hernandez@us.dlapiper.com

**LHH SETTLEMENT ADMINISTRATOR:**
CPT Group Inc.
50 Corporate Park
Irvine, CA 92606
www.cptgroupcaseinfo.com/leehectharrisonsettlement

<div align="center">

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| KATHLEEN B. LATHAM, an individual, on behalf of herself and all other similarly situated current and former employees,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>LEE HECHT HARRISON LLC and DOES 1 through 100, inclusive,<br><br><div align="center">Defendants.</div> | Case No.: 8:20-cv-01769-DOC-JDE<br><br>**AMENDED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT ("NOTICE")** |

**ATTN: «EmployeeName»**

TO ALL PERSONS WHO are or were employed in California by Lee Hecht Harrison LLC ("LHH") in California in a non-exempt (hourly) position at any time from April 6, 2016, to March 31, 2022. **Please disregard any prior notice you may have received—this Amended Notice provides the correct information.**

<div align="center">

**IMPORTANT - PLEASE READ THIS NOTICE CAREFULLY.**
**YOUR LEGAL RIGHTS ARE AFFECTED.**
**YOU ARE BEING SENT THIS NOTICE BECAUSE YOU MAY BE ENTITLED TO RECEIVE MONEY FROM THE SETTLEMENT OF A CLASS ACTION LAWSUIT.**

</div>

## I. WHAT IS THE CLASS ACTION LAWSUIT ABOUT?

A former employee of LHH sued LHH for herself and for other current and former employees. The lawsuit claimed that LHH:

- did not pay non-exempt (hourly) employees for all hours worked
- did not provide employees with their paychecks in the timely manner required by Labor Code section 204
- did not provide legally compliant meal periods or rest breaks
- did not reimburse employees for business expenses
- did not provide accurate paystubs; and
- engaged in unfair business practices.

The employee and LHH have now negotiated a settlement in order to avoid the expense of continued litigation. LHH has agreed to pay $3,000,000.00 to resolve all of the claims raised in the lawsuit.  The Settlement is not an admission by LHH of *any* liability but rather is a compromise to avoid the expense of continued litigation.

<div align="center">

**The Court has ordered that we send this notice to you.**

</div>

CPT ID: «ID»

## II. WHO IS INCLUDED IN THIS CLASS ACTION?

All individuals employed in California by LHH in a non-exempt (hourly) position at any time from April 16, 2016, to March 31, 2022.

## III. WHAT DOES THE PROPOSED SETTLEMENT OFFER?

A. LHH will pay Three Million Dollars ($3,000,000) as a settlement. An administrator has been appointed to administer the settlement. That administrator will pay, from the Three Million Dollars:

1. Expenses of administering the claims and litigation costs.
2. Attorneys' fees of up to $900,000.00.
3. A special payment to the employee plaintiff of up to $20,000.00.

B. From the money left over, you will be paid an amount for each week you worked for LHH in a non-exempt (hourly) position between April 6, 2016, and March 31, 2022. The estimated money you will receive is **«estAmount»**, which is $36.54 for each week you worked for LHH, less required payroll deductions.

**If you do not exclude yourself from the settlement, you waive all claims you may have against LHH which relate to any of the claims in the lawsuit.**

## IV. WHAT ARE MY OPTIONS?

A. **You may exclude yourself from the settlement**, in which case you will not be bound by the settlement, and will not receive any payment.

B. **You may accept the settlement but contest the number of your workweeks specified** in the attached Claim Form. If you do not agree with the number of workweeks LHH contends you worked in California for LHH as an hourly employee, you should fill out the attached Form. You should write down all dates that you worked in California for LHH in an hourly position. You should send any documents that you have (such as pay stubs) to the Claims Administrator. The Claims Administrator will read the documents both you and LHH provide and make the final determination of the amount of your settlement award, subject to the Court's final approval.

C. **You may do nothing**, in which case you will be bound by the settlement and will receive the award, based on the number of your workweeks we believe is correct, as stated in the Workweek and Personal Information Form.

Regardless of which option you choose, LHH will not retaliate against you for exercising your rights under this Settlement Agreement or the law.

## V. HOW DO I REQUEST EXCLUSION FROM THE SETTLEMENT?

If you choose to be excluded, you must send, by **July 1, 2022**, a written request to LHH Settlement Administrator, c/o CPT Group Inc., 50 Corporate Park, Irvine, CA 92606. A Request for Exclusion Form is enclosed with this notice. If you choose to be excluded, you will not be bound by the Settlement and you will not receive any portion of the $3,000,000 settlement.

## VI. WHAT ARE THE PROCEDURES FOR PAYMENT?

A.  The Claims Administrator will calculate the pro-rata share to be given to you.

B.  The payments will be made by check.

C.  Twenty percent (20%) of each award will be considered wages from which ordinary tax withholdings will be deducted, and the remaining eighty percent (80%) will not have any deductions made for payroll-related taxes. You will be given IRS tax forms for both amounts. You are responsible for paying the correct amount of taxes on both portions of your award.

## VII. HEARING ON PROPOSED SETTLEMENT

A fairness hearing will be held by the Court at **8:00 a.m.** on **July 11, 2022**, in Courtroom 9D in the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, CA 92701-4516, to decide whether the proposed settlement is fair, reasonable and adequate. At that time, United States District Court Judge David Carter will make a final decision regarding the settlement, as well as certification of the class, and will also decide whether an order of final approval of the settlement should be entered.

## VIII. PROCEDURES FOR OBJECTING TO SETTLEMENT

A.  You may object to the proposed settlement as unfair, unreasonable, or inadequate. You may not object to the proposed settlement unless, on or before **July 1, 2022**, you mail written objections and copies of any papers in support of your position. You must also verify that you are a member of the Settlement Class.  The Objections must be filed with the Central District of California with copies to: Law Office of Mark C. Thomas, APC, 555 Montgomery Street, Suite 605, San Francisco, California 94111, Attention: Mark C. Thomas; and DLA Piper Attention: Steve Hernandez.

B.  **If you do not object in the way we have described above, you will have given up your right to object to the settlement forever.**

## IX. EXAMINATION OF COURT PAPERS AND INQUIRIES

This description is a summary of the Settlement. For more detailed information you may request a copy of the complete settlement agreement, or any papers filed in the lawsuit, by requesting them from the Attorneys for the Employees, whose names and addresses are at the bottom of this notice. PLEASE DO NOT CALL THE COURT OR THE ATTORNEYS FOR LHH REGARDING THIS CLASS ACTION.

## ATTORNEYS FOR THE EMPLOYEES IN THE CLASS ACTIONS AGAINST LHH

**LAW OFFICE OF MARK C. THOMAS, APC**
Mark C. Thomas
555 Montgomery St., Suite 605
San Francisco, CA 94111
Tel: 415.986.1338
E-mail: Mark@mctlawoffice.com

## THE ATTORNEYS REPRESENTING LHH ARE:

**DLA PIPER LLP (US)**
Steve L. Hernandez
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310.595.3000
E-mail: steve.hernandez@us.dlapiper.com

## LHH SETTLEMENT ADMINISTRATOR:

CPT Group Inc.
50 Corporate Park
Irvine, CA 92606
www.cptgroupcaseinfo.com/leehectharrisonsettlement

CPT ID: «ID»

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN B. LATHAM, an individual, on behalf of herself and all other similarly situated current and former employees, | Case No.: 8:20-cv-01769-DOC-JDE |
| Plaintiff, | **CLAIM FORM** |
| v. | |
| LEE HECHT HARRISON LLC and DOES 1 through 100, inclusive, | |
| Defendants. | |

**IF YOU ARE A CLASS MEMBER, YOU MAY BE ENTITLED TO A PAYMENT UNDER THE SETTLEMENT.  IF YOU DISPUTE THE AMOUNT OF WEEKS YOU WORKED FOR LEE HECHT HARRISION AS A NON-EXEMPT (HOURLY) EMPLOYEE, YOU MUST COMPLETE AND SUBMIT THIS CLAIM FORM (ALONG WITH ANY SUPPORTING DOCUMENTATION AS SPECIFIED BELOW) TO LHH SETTLEMENT ADMINISTRATOR, C/O CPT GROUP INC, 50 CORPORATE PARK, IRVINE, CA 92606 ON OR BEFORE JULY 1, 2022.**

PART 1: PERSONAL INFORMATION

Please make any necessary corrections below:

**Full Name:** «FullName»

**Address:**

«Address1» «Address2»

«City», «State» «Zip»

**Phone:** «Phone»

**Email:**

«Email»

**Last 4 of SSN:** «Last4SSN»

PART 2: EMPLOYMENT DATA

The Court has conditionally certified the following Class for settlement purposes:  All non-exempt persons employed by Defendant Lee Hecht Harrison LLC ("Defendant") in California from April 6, 2016, to March 31, 2022 (the "Class Period").

According to the Defendant's records, you are a member of this Class and were employed for a total of **«Workweeks»** Workweeks during the Class Period.  "Workweeks" means the total number of weeks during which you performed work for Defendant during the Class Period based on Defendant's records.

1

CPT ID: «ID»

PART 3: YOUR RECOVERY UNDER THE SETTLEMENT

A Class Member such as yourself may be entitled to receive a gross settlement payment based on the number of your Workweeks, less required tax withholdings.

If you disagree with the number of Workweeks stated above, please write below the dates you believe you were employed by Defendant as a non-exempt (hourly) employee in California during the Class Period and submit any documents that you believe support your position.  Please be advised that the number of Workweeks stated above will be deemed correct unless you submit clear and compelling information and/or documentation to establish that the Defendant's records are wrong.

<u>Position</u>                                          <u>Dates Worked</u>

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

You cannot submit both a Claim Form and a request for exclusion (opt-out) from the Class because only Class Members are entitled to any monetary payment under the Settlement. For any person who submits both a Claim Form and a request for exclusion, the Claim Form will govern.

IF YOU HAVE QUESTIONS ABOUT THE SETTLEMENT, YOU MAY
CONTACT CLASS COUNSEL WHO ARE NAMED IN THE CLASS NOTICE.  DO NOT
CONTACT THE COURT

CPT ID: «ID»

<div align="center">

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| KATHLEEN B. LATHAM, an individual, on behalf of herself and all other similarly situated current and former employees,<br><br>            Plaintiff,<br><br>            v.<br><br>LEE HECHT HARRISON LLC and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: 8:20-cv-01769-DOC-JDE<br><br>**EXCLUSION FROM CLASS ACTION SETTLEMENT FORM** |

<div align="center">

**This is NOT a Claim Form. It EXCLUDES you from this Class Action. DO NOT use this Form if you wish to remain IN this Class Action.**

</div>

Name of Class Member:_____

Address:_____

Telephone: _____

Last 4 digits of Social Security Number:_____

I understand that by opting out of this Class Action, I will not be eligible to receive any money that may result from any trial or settlement of this lawsuit, if there is one. I do not wish to receive compensation under the terms of any judgment or settlement or to otherwise participate in this Class Action. I further understand that by opting out, all personal representatives, spouses and relatives who on account of a personal relationship to me might assert a derivative claim for money will be deemed to have opted out as well. If you wish to opt out of this Class Action, please check the box below.

☐ By checking this box, I affirm that I wish to be excluded from this Class Action.

_____          _____

Date                                           Signature of Class Member

This form must be postmarked to LHH Settlement Administrator, c/o CPT Group Inc, 50 Corporate Park, Irvine, CA 92606 NO LATER THAN JULY 1, 2022, or else you will lose your right to opt out.

_____

<div align="center">

IF YOU HAVE QUESTIONS ABOUT THE SETTLEMENT, YOU MAY CONTACT CLASS COUNSEL WHO ARE NAMED IN THE CLASS NOTICE.  DO NOT CONTACT THE COURT

</div>