Mark C. Thomas, California Bar No. 215580
**LAW OFFICE OF MARK C. THOMAS, APC**
555 Montgomery Street
San Francisco, California 94111
Telephone: (415) 986-1338
E-Mail: mark@mctlawoffice.com

James C. Pettis, California Bar No. 223953
**PETTIS LAW FIRM LLP**
1604 Aviation Blvd
Redondo Beach, CA 90278
Telephone: (213) 545-6448
Facsimile: (213) 816-1966
E-Mail: jimpettis@pettislawfirm.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN B. LATHAM, an individual, on behalf of herself and all other similarly situated current and former employees,<br><br>              Plaintiff,<br>v.<br>LEE HECHT HARRISON LLC and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No.: 8:20-cv-01769-DOC-JDE<br>Judge: Hon. David O. Carter<br><br>*[Removed from the Orange County Superior Court, Case No. 30-2020-01142377-CU-OE-CXC]*<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: July 11, 2022<br>Time: 8:00 a.m.<br>Location: 411 West Fourth Street<br>          Courtroom 10A<br>          Santa Ana, CA 92701 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 11, at 8:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 10A in the United State District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiff Kathleen B. Latham ("Plaintiff"), will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Motion for Final Approval of Class Action Settlement.

This motion is based upon this Motion, the Memorandum of Points and Authorities, the accompanying declarations of Kathleen B. Latham, Mark C. Thomas, and James C. Pettis and the exhibits attached thereto, the declarations of Kathleen B. Latham, Mark C. Thomas, and James C. Pettis filed in support of Plaintiffs' Motion for Approval of Attorneys' Fees Award, Expense Reimbursement, and Service Award to Representative Plaintiff; along with declarations and pleadings on file in this Action, all other records and papers on file in this action; other such matters and oral argument on the Motion as the Court may consider; and all other matters properly before the Court.

Dated: June 9, 2022

LAW OFFICE OF MARK C. THOMAS, APC; PETTIS LAW FIRM LLP

By: _____/s/ James C. Pettis_____
MARK C. THOMAS
JAMES C. PETTIS
Attorneys for Plaintiff and the Proposed Class

# CERTIFICATE OF SERVICE
*Kathleen B. Latham v Lee Hecht Harrison LLC*
USDC, Central District Case No. 8:20-cv-01769-DOC-JDE

I am a resident in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 1604 Aviation Blvd., Redondo Beach, California 90278. My electronic service address is monica@pettislawfirm.com.

On the date listed below, I electronically served the following document on all interested parties in this action as noted below:

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

| | |
|---|---|
| DLA Piper LLP US<br>Ryan Estes<br>Steve Hernandez<br>550 S. Hope Street, Ste. 2400<br>Los Angeles, CA 90071<br>Tel: 213.330.7763<br>Ryan.estes@dlapiper.com<br>Steve.hernandez@dlapiper.com | Attorneys for Lee Hecht Harrison LLC |

**[X] BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 9, 2022.

/s/ Monica Brandenberg
Monica Brandenberg